UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 2:05MJ216 |
| | ) | |
| vs. | ) | <u>ORDER FOR DISMISSAL</u> |
| | ) | |
| ERIC CALE MCKINNEY | ) | |

Leave of Court is hereby granted for the dismissal of the Complaint in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office and the United States Attorney's Office.

**Signed: October 19, 2005**

_Dennis L. Howell_

Dennis L. Howell
United States Magistrate Judge